# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SERGIO IVAN QUINONEZ VENEGAS**  PETITIONER
*Reg #04992-151*

v.  CASE NO. 2:24-CV-00037-BSM

**CHAD GARRETT**  RESPONDENT

## ORDER

Magistrate Judge Jerome T. Kearney's proposed findings and recommended disposition [Doc. No. 12] is adopted and Sergio Ivan Quinonez Venegas's petition is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE