IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SERGIO IVAN QUINONEZ VENEGAS**　　　　　　　　　　**PETITIONER**
*Reg #04992-151*

v.　　　　　　　　CASE NO. 2:24-CV-00037-BSM

**CHAD GARRETT**　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE